1  **FARUQI & FARUQI, LLP**
   Vahn Alexander (167373)
2  1901 Avenue of the Stars, Second Floor
   Los Angeles, CA 90067
3  Tel: (310) 461-1426
   Fax: (310) 461-1427
4  Email: valexander@faruqilaw.com

5  *Attorneys for Plaintiff*

6

7

*IT IS SO ORDERED*

*Judge Vaughn R Walker*

5/28/2010

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | STEPHEN ALBERTI, Individually and On Behalf of All Others Similarly Situated, | CASE NO.: C 10-02109 VRW

12 |

13 |                          Plaintiff, | CLASS ACTION

14 |        vs. | **NOTICE OF VOLUNTARY DISMISSAL**

15 | SYBASE, INC., JOHN S. CHEN, CECILIA CLAUDIO, MICHAEL A. DANIELS, L.
16 | WILLIAM KRAUSE, ALAN B. SALISBURY, JACK E. SUM, ROBERT P.
17 | WAYMAN, SAP AG, SAP AMERICA, INC., and SHEFFIELD ACQUISITION CORP.,
18 |
                              Defendants.
19

20

21

22

23

24

25

26

27

28

1  Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, defendants having not answered the Complaint or filed a motion for summary judgment, plaintiff Stephen Alberti hereby gives notice of his voluntary dismissal of his claims in this action without prejudice.

DATED:  May 20, 2010

**FARUQI & FARUQI, LLP**

By: _____*s/Vahn Alexander*_____
           Vahn Alexander (167373)

1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
Email: valexander@faruqilaw.com

**FARUQI & FARUQI, LLP**
David Leventhal
369 Lexington Avenue, Tenth Floor
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331

**GARDY & NOTIS, LLP**
Mark C. Gardy
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
Tel: (201) 567-7377
Fax: (201) 567-7337

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                    *s/Vahn Alexander*
                    VAHN ALEXANDER

# Mailing Information for a Case 3:10-cv-02109-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com,ecf@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)